UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 5:13-CR-459 |
| | § |
| JUAN J. ZAVALA-GUTIERREZ | § |

## ORDER

Before the Court is the Motion for Videotape Deposition and Release of Material Witness. Dkt. No. 33. After considering the Motion, the Court is of the opinion that it should be **DENIED**. Dkt. No. 33.

It is so **ORDERED**.

**SIGNED** this 12th day of July, 2013.

*[signature]*
Marina Garcia Marmolejo
United States District Judge